[No. 4179–II.   Division Two.   January 15, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIS
THAYER, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No CR–333, John H. Kirkwood, J., entered
June 29, 1979. *Affirmed* by unpublished opinion per Reed,
C.J., concurred in by Pearson and Petrie, JJ.

[No. 8167–5–I.   Division One.   January 19, 1981.]

THE STATE OF WASHINGTON, *Appellant,* v. ISABELLE
GORGEL, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 79–8–01627–8, Richard M. Ishikawa, J.,
entered February 19, 1979. *Dismissed* by unpublished
opinion per Andersen, J., concurred in by Swanson and
Williams, JJ.

[No. 7968–9–I.   Division One.   January 19, 1981.]

THE CITY OF RENTON, *Respondent,* v. JONATHAN
E. TIBBETTS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 90677, Robert W. Winsor, J., entered Septem-
ber 4, 1979. *Reversed* by unpublished opinion per
Andersen, J., concurred in by Swanson and Williams, JJ.

[No. 7808–9–I.   Division One.   January 19, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
T. PIPER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. J–87177, H. Joseph Coleman, J., entered July
9, 1979. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Swanson and Andersen, JJ.